# Court of Appeals
# of the State of Georgia

ATLANTA,  April 20, 2018

*The Court of Appeals hereby passes the following order:*

## A18A0503. TRIPP v. THE STATE

Otis Robert Tripp Jr., appeals from his convictions for multiple counts of aggravated child molestation, aggravated sexual battery, and child molestation. In an earlier appeal, this Court reversed the trial court's grant of Tripp's motion for new trial, and remanded the case for further proceedings. See *Tripp v. State*, Case No. A15A1003, decided Nov. 17, 2015.

On remand, the trial court held another hearing on Tripp's motion for new trial, after which it denied the motion. Tripp then filed the instant appeal and the Clerk of the Dougherty County Superior Court transmitted the record to this Court. Our review, however, shows that the hearing on the motion for new trial that occurred on April 26, 2016, has not been included in the record on appeal. In his notice of appeal, Tripp designated the transcript to be included in the record transmitted to this Court.

As the transcript of the motion for new trial hearing is necessary for a determination of whether the trial court properly denied the motion for new trial, we must remand this appeal to the trial court for completion of the record. Accordingly, this case is REMANDED to the Clerk of the Dougherty County Superior Court to compile the transcript of the hearing dated April 26, 2016 and transmit it to this Court within 15 days of receipt. The Clerk of this Court is directed to redocket this appeal upon receipt of the complete transcript.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,　04/20/2018　　　*
　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*